**Electronically Filed
Supreme Court
SCWC-29603
29-APR-2011
10:36 AM**

SCWC-29603

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KENNETH MATHISON, Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29603; CR. NO. 93-473)

ORDER GRANTING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Plaintiff-Appellant's motion for

reconsideration filed on April 21, 2011 is hereby granted.

DATED:  Honolulu, Hawaiʻi, April 29, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

Kenneth W. Mathison
petitioner/plaintiff-appellant
pro se on the motion